UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

             CASE NO. 09-20490
v.             HON. GEORGE CARAM STEEH

ANTONIO JORDAN,

   Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FOR
REHABILITATION AND PROGRAMING (Doc. 57)**

 Federal prisoner Antonio Jordan, appearing *pro se*, has filed a one page document stating only "Motion for Relief for Rehabilitation and Programming." The court is mindful that pro se litigants are held to a less stringent standard than an attorney, and their papers shall be liberally construed. *Haines v. Kerner*, 404 U.S. 519, 520 (1972); *Hahn v. Star Bank*, 190 F.3d 708, 715 (6th Cir. 1999). Even under this liberal standard, defendant's motion must be summarily denied. Local Rule 7.1(d) requires that motions be accompanied by a brief which sets forth "the controlling or most appropriate authority for the relief sought." Defendant has failed to comply with the Local Rules as he has not filed a supporting brief, nor has he offered any explanation of the relief he

is seeking or the basis for such relief.  Accordingly, defendant's motion (Doc. 57) is DENIED.

**IT IS SO ORDERED**.

Dated:  July 18, 2017

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 18, 2017, by electronic and/or ordinary mail and also on Antonio Jordan, #43948-039 Federal Correctional Institution Elkton, P. O. Box 10, Lisbon, OH  44432.

s/Barbara Radke
Deputy Clerk